**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MARC ANDERSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-3364 |
| § | |
| ARUNA KEDIA *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

No activity is reflected in this court's file of this case since it was filed in November 2014. The plaintiff has not effected service and did not appear at the court-ordered initial conference. This case dismissed, without prejudice, for lack of prosecution and failure to comply with this court's order.

SIGNED on March 31, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge